**223-15**

## ELECTRONIC RECORD

CCA #    09-14-00039-CR       OFFENSE:    Assault

STYLE:    Clifton James Taylor
v. The State of Texas       PUNISHMENT:   6 years

      COUNTY:    Montgomery

TRIAL COURT:    221st District Court            MOTION
TRIAL COURT #:    13-09-09834 CR      FOR REHEARING IS:
TRIAL COURT JUDGE:   Judge Lisa Benge Michalk      DATE:
DISPOSITION:    AFFIRMED AS MODIFIED      JUDGE:

DATE:    01-28-15

JUSTICE:    Leanne Johnson      PC    NO    S    YES
PUBLISH:    NO      DNP:    YES

CLK RECORD:    04-11-14      SUPP CLK RECORD:    04-30-14
RPT RECORD:    03-21-14      SUPP RPT RECORD:    04-16-14
STATE BR:    08-26-14      SUPP BR:
APP BR:    06-10-14      PRO SE BR:

**223-15**

## IN THE COURT OF CRIMINAL APPEALS

**ELECTRONIC RECORD**       CCA #      PD-0223-15

              ---------------------

_PRO SE_ Petition      Disposition:
FOR DISCRETIONARY REVIEW IN CCA IS:      DATE:
_REFUSED_      JUDGE:
DATE: _06/03/2015_      SIGNED:      PC:
JUDGE: _Per Curiam_      PUBLISH:      DNP:

              ----------------------

MOTION FOR REHEARING IN      MOTION FOR STAY OF MANDATE IS:

CCA IS:      ON             ON

JUDGE:               JUDGE: